**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

REGINALD M. HISLOP, JR.,
as Personal Representative of the
Estate or John T. Hislop II, Deceased,

Civil No. 01-1458 (DWF/AJB)

Plaintiff,

v.

**ORDER OF REFERENCE**

GREENWICH STREET CAPITAL PARTNERS, L.P.,
GREEN STREET CAPITAL PARTNERS, INC., being sued
as Greenwich Street Capital Partners, Inc.,
GREENWICH I, LLC, GREENWICH II, LLC,
ALFRED C. ECKERT, III, KEITH W. ABELL, and
CHRISTINE K. VANDEN BEUKEL,

Defendants.

---

George Eck, Esq., and Mitchell Granberg, Esq., Dorsey & Whitney, 50 6th Street South, Suite 1500, Minneapolis, MN 55402, counsel for Plaintiff.

Clifford Greene, Esq., Greene & Espel, 333 South 7th Street, Suite 1700, Minneapolis, MN 55402-2428, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss is referred to Magistrate Judge Arthur J. Boylan.

This referral order is based on the letter of service received from defense counsel. Counsel are directed to call and schedule the motion with Calendar Clerk Kathy Thobe at 651-848-1210.

Dated: November 26, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 26 2001
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______